UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**SEALED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 19-40 |
| v. | * | SECTION:  MAG |
| GEOURVON KEINELL SEARS | * | |

\*   \*   \*

**MOTION TO SEAL COMPLAINT,
AFFIDAVIT, AND ARREST WARRANT**

**NOW INTO COURT** comes the undersigned Assistant United States Attorney, who with respect represents that:

The undersigned Assistant United States Attorney is informed by Deputies of the Federal Bureau of Investigation that should the complaint, affidavit, and arrest warrant become public record, it would severely hamper this ongoing criminal investigation and endanger law enforcement personnel.

**WHEREFORE**, the Government prays that its motion to seal the complaint, affidavit, and arrest warrant be granted.

Respectfully submitted,

PETER G. STRASSER
UNITED STATES ATTORNEY

SPIRO G. LATSIS
Assistant United States Attorney
LA Bar Roll No. 24517
U.S. Attorney's Office (E.D. La.)
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3000
E-Mail: spiro.latsis@usdoj.gov