UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA **SEALED**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 19-40** |
| v. | * | SECTION: MAG |
| **GEOURVON KEINELL SEARS** | * | |

\* \* \*

## ORDER

Considering the foregoing Motion to Seal Complaint, Affidavit, and Arrest Warrant;

**IT IS HEREBY ORDERED** that the complaint, affidavit, and arrest warrant be **SEALED** until further order of the Court, with the exception that copies be provided to the United States Attorney's Office for the Eastern District of Louisiana and the Federal Bureau of Investigation.

New Orleans, Louisiana, this _____ day of May, 2019.

_____
HONORABLE JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE