UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 19-40 |
| v. | * | SECTION: MAG |
| GEOURVON KEINELL SEARS | * | |

\* \* \*

**MOTION AND INCORPORATED MEMORANDUM
TO UNSEAL COMPLAINT AND ARREST WARRANT**

**NOW INTO COURT** comes the United States of America, appearing herein through the undersigned Assistant United States Attorney and moves this Honorable Court to unseal the complaint and arrest warrant in the above-captioned case. It is not necessary for the complaint and arrest warrant to remain sealed.

Respectfully submitted,

PETER G. STRASSER
UNITED STATES ATTORNEY

_____
SPIRO G. LATSIS
Assistant United States Attorney
LA Bar Roll No. 24517
U.S. Attorney's Office (E.D. La.)
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3000
E-Mail: spiro.latsis@usdoj.gov