UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 19-40 |
| v. | * | SECTION: MAG |
| GEOURVON KEINELL SEARS | * | |
| | * | |

\* \* \*

### ORDER

Having considered the motion of the United States to unseal complaint and arrest warrant,

**IT IS HEREBY ORDERED** that the Clerk of Court for the Eastern District of Louisiana unseal the complaint and arrest warrant in the above-captioned matter.

New Orleans, Louisiana, this _2nd_ day of May, 2019

_____
HONORABLE JOSEPH C. WILKINSON JR.
UNITED STATES DISTRICT JUDGE