MINUTE ENTRY
MAY 2, 2019
WILKINSON, M. J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 19-040 |
| GEOURVON KEINELL SEARS | SECTION: MAG |

### INITIAL APPEARANCE

APPEARANCES: X DEFENDANT WITH/(WITHOUT) COUNSEL _____

X ASSISTANT U.S. ATTORNEY  SPIRO LATSIS
\_\_ INTERPRETER _____
Designated by Court and sworn.   Time: _____ .M  to  _____ M.

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF THE COMPLAINT WAS:
(READ)  WAIVED   SUMMARIZED

\_/ DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

X / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

X / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT

\_/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

MJSTAR: 00: 20

__/ BAIL SET AT _____

_____

_____

_____

_____

_____

X/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

__/ DEFENDANT RELEASED ON BOND

X/ DEFENDANT INFORMED THAT PRELIMINARY HEARING/REMOVAL HEARING/ ARRAIGNMENT IS SET FOR _____ May 16, 2019 at 2:00 PM

__/ HEARING TO DETERMINE COUNSEL IS SET FOR _____

X/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR

_____ May 3, 2019 at 10:00 a.m.

X/ DEFENDANT ORDERED TO RE-APPEAR FOR PRELIMINARY HEARING/REMOVAL HEARING/ARRAIGNMENT/DETENTION HEARING/HEARING TO DETERMINE COUNSEL WITH COUNSEL _____