MINUTE ENTRY
MAY 21, 2019
NORTH, M.J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 19-040 |
| GEOURVON KEINELL SEARS | SECTION: MAG |

### INITIAL APPEARANCE BOND VIOLATION

APPEARANCES:  X / DEFENDANT (WITH)/WITHOUT COUNSEL   CELIA C. RHOADS
                  X / ASST. U. S. ATTORNEY   SPIRO LATSIS
                  X / PRETRIAL OFFICER AMY LAPOINTE
                  __/ INTERPRETER,_____, SWORN   (TIME: _____.M. TO _____.M.)

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF PETITION/RULE TO REVOKE: READ (SUMMARIZED) WAIVED

__/ DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED
__/ REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS
__/ FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT
__/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT
__/ BOND AMENDED: _____
_____

__/ DEFENDANT VOLUNTARILY SURRENDERED THE BOND.
X / DEFENDANT REMANDED TO THE CUSTODY OF THE U. S. MARSHAL
__/ DEFENDANT RELEASED ON ORIGINAL/AMENDED BOND
__/ DEFENDANT INFORMED THAT HEARING TO DETERMINE COUNSEL IS SET FOR: ___

X / RULE TO REVOKE BOND SET   MAY 22, 2019 AT 3:30 P.M.
    BEFORE U. S. MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR.

MJSTAR: 00: 02