UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA          *          CRIMINAL DOCKET

VERSUS                                          *          NO. 19-040

GEOURVON KEINELL SEARS          *          SECTION: MAGISTRATE

## ORDER

Considering the foregoing,

**IT IS ORDERED** that defendant Geourvon Keinell Sears' preliminary

hearing is hereby continued until the 21st day of June, 2019, at 10:00 o'clock  a.m.

New Orleans, Louisiana, this 22nd day of May, 2019.

_____
UNITED STATES MAGISTRATE JUDGE