# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 19-40** |
| **v.** | * | **SECTION: MAG** |
| **GEOURVON KEINELL SEARS** | * | |

\* \* \*

## FINDINGS AND ORDER

Considering the foregoing Unopposed Motion Requesting Additional Time for Filing of Information or Indictment pursuant to Title 18, United States Code, Section 3161(h)(7) filed by the United States of America and the reasons set forth therein,

**THE COURT SPECIFICALLY FINDS**, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) & (B), in light of the ongoing exchange of discovery and plea negotiations, it is unreasonable to deny both parties the reasonable time necessary for adequate preparation, taking into account the exercise of due diligence, and to require that an indictment or information be filed on or before June 1, 2019.

**THE COURT SPECIFICALLY FINDS**, pursuant to Title 18, United States Code, Section 3161(h)(7)(A), that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

**THE COURT FURTHER SPECIFICALLY FINDS**, pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(i), that failure to grant the requested continuance in this case could result in a miscarriage of justice.

**IT IS ALSO HEREBY ORDERED** that the additional time for the filing of Information or Indictment is extended for a period of thirty (30) days from the original due date of June 1,

2019, until July 1, 2019 at 2:00pm. In accordance with the provisions of Title 18, United States Code, Section 3161, this Court finds that the period of delay resulting from the granting of this continuance should be excluded under the provisions of the Speedy Trial Act.

New Orleans, Louisiana, this __30th__ day of May, 2019.

_____
HONORABLE JANIS VAN MEERVELD
UNITED STATES MAGISTRATE JUDGE