# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 19-040 |
| GEOURVON KEINELL SEARS | SECTION: MAGISTRATE |

## ORDER

IT IS ORDERED that defendant's Motion to Preserve Evidence (Rec. Doc. #26) is set for hearing on June 19, 2019 at 2:00 p.m. before Chief United States Magistrate Judge Karen Wells Roby. Any opposition to be filed in accordance with Local Rules.

New Orleans, Louisiana this 3rd day of June 2019.

_____
MICHAEL NORTH
UNITED STATES MAGISTRATE JUDGE