

EXHIBIT A1



EXHIBIT A2



EXHIBIT B1



EXHIBIT B2

