MINUTE ENTRY
WILKINSON, M. J.
JUNE 12, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 19-MJ-40 |
| GEOURVON KEINELL SEARS | SECTION: CRIM-MAG |

I conducted a telephone conference today to schedule the "expedited evidentiary hearing" concerning bond/detention requested by defendant. Record Doc. No. 30. Participating were Assistant United States Attorney Spiro Latsis, representing the government; Assistant Federal Public Defender Celia Rhodes, representing defendant. Considering the representations in the motion, the oral statements of counsel, and the court's need to receive and review <u>before</u> the evidentiary hearing the results of the "mental health assessment" scheduled by defense counsel, Record Doc. No. 30-1 at p. 11, IT IS ORDERED that further proceedings in connection with the motion will be conducted as follows:

Defendant must proceed with the "mental health assessment" scheduled by his counsel on Friday afternoon, June 14, 2019. The court finds that the results of the assessment are essential to its consideration of defendant's motion. Defense counsel

MJSTAR  0:20

estimated that the report will be ready no later than June 21, 2019. Accordingly, defense counsel must deliver the examiner's written report, together with her resume setting out her qualifications, to me and government counsel no later than 2:00 p.m. on June 21, 2019. Because the report will contain personal medical information concerning defendant, it must be maintained as confidential for review <u>in camera only</u> by the court, government counsel and any single mental health expert the government may designate to review it. The report will be filed in the record **UNDER SEAL** after the hearing.

Counsel for the government must file a written response to defendant's motion for reconsideration of detention and deliver a copy directly to me and defense counsel no later than June 21, 2019 at 10:00 a.m.

The evidentiary hearing requested by defendant will be conducted on Monday, June 24, 2019, at the end of the court's regularly scheduled 2:00 p.m. docket of criminal hearings. Counsel estimated that it will require about one hour.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE