UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 19-040 |
| GEOURVON KEINELL SEARS | * | SECTION: MAGISTRATE |

## ORDER

Considering the foregoing,

**IT IS ORDERED** that defendant Geourvon Keinell Sears' Motion for Leave to Withdraw the Motion to Preserve Evidence is granted.

**IT IS FURTHER ORDERED** that defendant's Motion to Preserve Evidence is hereby withdrawn without prejudice.

New Orleans, Louisiana, this 19th day of June, 2019.

_____
UNITED STATES MAGISTRATE JUDGE